IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| TSC Global, LLC *et al.*,[1] | : | Case No. 12-10505 (KG) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON NOVEMBER 3, 2014 AT 9:00 A.M.**

**UNCONTESTED MATTERS WITH CERTIFICATION OF NO OBJECTION:**

1. Chapter 7 Trustee's Motion for an Order Approving Plaintiff's Settlement with Defendant Womble Carlyle Sandridge & Rice LLP Pursuant to Fed. R. Bankr. P. Filed by Alfred T. Giuliano, Trustee
   Adversary No. 14-50039
   [Filed 9/9/2014; Docket No. 263; Adversary Docket No. 11]

   | | | |
   |---|---|---|
   | Related Documents: | (a) | Certification of No Objection [Filed 10/29/2014; Docket No. 264; Adversary Docket No. 12] |
   | | (b) | Proposed Order |
   | Objection Deadline: | | October 27, 2014 at 4:00 p.m. |
   | Responses Received: | | None |
   | Status: | | Certification of No Objection has been filed. Movant requests entry of Proposed Order. |

---

[1] The Debtors are the following entities, all of which are non-operating entities: TSC Holdings, LLC, a North Carolina limited liability company (Tax No. 80-0519343); WAM Development, LLC, a North Carolina limited liability company (Tax No. 27-2113526); TSC Solutions, Inc., a North Carolina corporation (Tax No. 26-1938421); TSC Service Group, LLC, a North Carolina limited liability company (Tax No. 20-4431022); National Tool Warehouse, LLC, a Delaware limited liability company (Tax No. 27-3360941); Ascend Biotics, Inc., a North Carolina corporation (Tax No. 27-1518954); Wire Shelf Additions, Inc., a North Carolina corporation (Tax No. 27-1477122); Mackinaw, Inc., a North Carolina corporation (Tax No. 26-4189886); Fort Worth Associates, LLC, a North Carolina limited liability company (Tax No. 14-1906753); TSC Sales & Marketing, LLC, a North Carolina limited liability company; TSC Global, LLC, a Delaware limited liability company (Tax No. 72-l609805); TSC Group, LLC, a North Carolina limited liability company (Tax No. 56-2224348); and Barjan International Limited, a Hong Kong private limited company.

| | |
|---|---|
| Dated: October 30, 2014 | COZEN O'CONNOR |
| | */s/ John T. Carroll* |
| By: | _____ |
| | John T. Carroll, III (DE No. 4060) |
| | 1201 N. Market Street |
| | Suite 1001 |
| | Wilmington, DE  19801 |
| | (302) 295-2000 Phone |
| | (302) 295-2013 Fax No. |
| | jcarroll@cozen.com |
| | |
| | *Counsel to Chapter 7 Trustee,* |
| | *Alfred T. Giuliano* |

2